UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLTON JAMES ROOD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DEPARTMENT OF CORRECTIONS,<br><br>　　　　Respondent. | Case No.   1:20-cv-01018-AWI-HBK<br><br>ORDER DIRECTING RESPONDENT TO RESPOND TO PETITIONER'S OBJECTIONS<br><br>FOURTEEN-DAY RESPONSE PERIOD<br><br>(Doc. No. 40) |

Petitioner Colton James Rood, a state prisoner, has pending a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. No. 1). On March 17, 2021, the undersigned issued findings and recommendations to grant Respondent's motion to dismiss finding Petitioner had failed to exhaust his claims. (Doc. No. 32). On July 15, 2021, after being afforded extensions of time, Petitioner filed objections to the findings and recommendations, claiming he has now exhausted his claims before the state courts and/or "circumstances exist that render the state habeas process ineffective." (Doc. No. 40 at 4). The Court finds it will benefit from a reply from Respondent.

Accordingly, it is **ORDERED**:

Within fourteen (14) days of the date of this order, Respondent shall file a reply to Petitioner's objections to the findings and recommendations. (Doc. No. 40).

Dated:   July 16, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE